# United States Bankruptcy Court
### Eastern District of Tennessee

| In re | Julian Keenan Curtis Bonds, Sr. | Case No. | 14-13300 SDR |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amend Schedule E/F to add the following creditors with conversion:**

**Ace Cash Advance - Online**
**1231 Greenway Drive, Suite 600**
**Irving, TX 75038**

**Advance Financial**
**100 Oceanside Dr**
**Nashville, TN 37204**

**AT&T**
**Attn:  Bankruptcy**
**1801 Valley View Lane**
**Dallas, TX 75234**

**CashNet USA**
**200 West Jackson, Suite 1400**
**Chicago, IL 60606**

**Chase Bank USA**
**525 Market Place Blvd**
**Trenton, NJ 08691**

**Chattanooga Christian School**
**3354 Charger Drive**
**Chattanooga, TN 37409**

**Check Into Cash**
**7200 Shallowford Road**
**Chattanooga, TN 37421**

**City of Chattanooga Waste Resources**
**PO Box 591**
**Chattanooga, TN 37401-0591**

**First Portfolio Ventures**
**3091 Governors Lake Dr STE 500**
**Norcross, GA 30071**

**Geico Corporation**
**1 Geico Plaza**
**Washington, DC 20076**

**Hamilton Family Dentistry**
**7446 Shallowford Rd #100**
**Chattanooga, TN 37421**

**Hamilton Family Medicine**
**7446 Shallowford Road**
**Chattanooga, TN 37421**

**Mayfield & Lester**
**P.O. Box 789**
**Chattanooga, TN 37401**

**Money Key**
**3422 Old Capitol Trail Suite 1613**
**Wilmington, DE 19808**

**Progressive Insurance Company**
**6300 Wilson Mills Road**
**Cleveland, OH 44143**

**Progressive Leasing**
**ATTN: Bankruptcy**
**256 W. Data Dr**
**Draper, UT 84020**

**Receivable Mangement Services LLC**
**PO Box 361348**
**Columbus, OH 43236**

**Receivables Managment**
**14675 Martin Drive**
**Eden Prairie, MN 55344**

**Regions**
**P.O. Box 10063**
**Birmingham, AL 35202**

**Speedy Cash**
**8400 E 32nd St., N**
**Wichita, KS 67226**

**Tennessee Department of Labor & Workforc**
**Tennessee Attorney Generals Office**
**Bankruptcy Unit**
**426 5th Avenue, 2nd Floor**
**Nashville, TN 37243-0489**

**Tennessee River Physicians, PLLC**
**ATTN # 20882W**
**PO Box 14000**
**Belfast, ME 04915**

**Transworld Systems Inc**
**220 Northpoint Pkwy**
**Buffalo, NY 14228**

**Trust Federal Credit Union**
**500 Walnut Street**
**Suite 108**
**Chattanooga, TN 37402**

**TVFCU**
**P.O. Box 23967**
**Chattanooga, TN 37422**

**Verizon Wireless**
**Bankruptcy Administration Dept.**
**500 Technology Drive #550**
**Weldon Spring, MO 63304-2225**

**Wakefield & Associates**
**PO Box 50250**
**Knoxville, TN 37950-0250**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **UST and Chapter 7 Trustee**

Date:   **January 20, 2020**

**/s/ W. Thomas Bible, Jr.**
**W. Thomas Bible, Jr. 014754**
Attorney for Debtor(s)
**Tom Bible Law**
**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
**(423)424-3116 Fax:(423)499-6311**
**tom@tombiblelaw.com or melinda@tombiblelaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020, a copy of Amended Schedule E/F was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Ace Cash Advance - Online
1231 Greenway Drive, Suite 600
Irving, TX 75038

Advance Financial
100 Oceanside Dr
Nashville, TN 37204

AT&T
Attn:  Bankruptcy
1801 Valley View Lane
Dallas, TX 75234

CashNet USA
200 West Jackson, Suite 1400
Chicago, IL 60606

Chase Bank USA
525 Market Place Blvd
Trenton, NJ 08691

Chattanooga Christian School
3354 Charger Drive
Chattanooga, TN 37409

Check Into Cash
7200 Shallowford Road
Chattanooga, TN 37421

City of Chattanooga Waste Resources
PO Box 591
Chattanooga, TN 37401-0591

First Portfolio Ventures
3091 Governors Lake Dr STE 500
Norcross, GA 30071

Geico Corporation
1 Geico Plaza
Washington, DC 20076

Hamilton Family Dentistry
7446 Shallowford Rd #100
Chattanooga, TN 37421

Hamilton Family Medicine
7446 Shallowford Road
Chattanooga, TN 37421

Mayfield & Lester
P.O. Box 789
Chattanooga, TN 37401

Money Key
3422 Old Capitol Trail Suite 1613
Wilmington, DE 19808

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143

Progressive Leasing
ATTN: Bankruptcy
256 W. Data Dr
Draper, UT 84020

Receivable Mangement Services LLC
PO Box 361348
Columbus, OH 43236

Receivables Managment
14675 Martin Drive
Eden Prairie, MN 55344

Regions
P.O. Box 10063
Birmingham, AL 35202

Speedy Cash
8400 E 32nd St., N
Wichita, KS 67226

Tennessee Department of Labor & Workforc
Tennessee Attorney Generals Office
Bankruptcy Unit
426 5th Avenue, 2nd Floor
Nashville, TN 37243-0489

Tennessee River Physicians, PLLC
ATTN # 20882W
PO Box 14000
Belfast, ME 04915

Transworld Systems Inc
220 Northpoint Pkwy
Buffalo, NY 14228

Trust Federal Credit Union
500 Walnut Street
Suite 108
Chattanooga, TN 37402

TVFCU
P.O. Box 23967
Chattanooga, TN 37422

Verizon Wireless
Bankruptcy Administration Dept.
500 Technology Drive #550
Weldon Spring, MO 63304-2225

Wakefield & Associates
PO Box 50250
Knoxville, TN 37950-0250

W.Thomas Bible, Jr.
W. Thomas Bible, Jr. 014754

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Julian Keenan Curtis Bonds, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number | **14-13300 SDR** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Ace Cash Advance - Online** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1231 Greenway Drive, Suite 600
Irving, TX 75038**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _____

Debtor 1 **Julian Keenan Curtis Bonds, Sr.** | Case number (if known) **14-13300 SDR**

---

| 4.2 | **Advance Financial** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**100 Oceanside Dr**
**Nashville, TN 37204**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 | **AT&T** | Last 4 digits of account number **7469** | **$1,508.28** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1801 Valley View Lane**
**Dallas, TX 75234**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 | **AT&T Inc.** | Last 4 digits of account number _____ | **$500.00** |

Nonpriority Creditor's Name
**c/o Midland BK**
**5407 Andrews Highway**
**Midland, TX 79706**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Julian Keenan Curtis Bonds, Sr.**

Case number (if known)    **14-13300 SDR**

---

| 4.5 | **Caine & Weiner** | | | | $340.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **8741**

**Po Box 5010**
**Woodland Hills, CA 91365**

**When was the debt incurred?**   **Opened 10/01/11  Last Active 2/24/12**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Safeco Insurance**

---

| 4.6 | **Capital One Bank - Credit Card** | | | | $546.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **1060**

**PO Box 12907**
**Norfolk, VA 23541**

**When was the debt incurred?**   **Opened 7/01/11  Last Active 5/27/14**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **Capital One Bank - Credit Card** | | | | $202.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **6516**

**PO Box 12907**
**Norfolk, VA 23541**

**When was the debt incurred?**   **Opened 2/01/11  Last Active 6/20/14**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                                    Case number (if known)   **14-13300 SDR**

---

| 4.8 | **Cash Net USA** | Last 4 digits of account number _____ | $450.00 |

Nonpriority Creditor's Name
**200 West Jackson, Suite 1400**
**Chicago, IL 60606**                         **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

| 4.9 | **CashNet USA** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**200 West Jackson, Suite 1400**
**Chicago, IL 60606**                         **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

| 4.10 | **Chase Bank USA** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**525 Market Place Blvd**
**Trenton, NJ 08691**                         **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                      Case number (if known)   **14-13300 SDR**

---

| 4.1 | **Chattanooga Christian School** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**3354 Charger Drive**
**Chattanooga, TN 37409**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.1 | **Chattanooga Gas** | Last 4 digits of account number | **$300.00** |

Nonpriority Creditor's Name
**P.O. Box 4569**
**Dept. 6250**
**Atlanta, GA 30302**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.1 | **Check Into Cash** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**7200 Shallowford Road**
**Chattanooga, TN 37421**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Julian Keenan Curtis Bonds, Sr.**                          Case number (if known)    **14-13300 SDR**

| 4.1<br>4 | **City of Chattanooga Waste Resources** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 591**
**Chattanooga, TN 37401-0591**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1<br>5 | **Credit Collection Services** | Last 4 digits of account number **5395** | **$58.00** |

Nonpriority Creditor's Name
**Two Wells Avenue, Dept 9134**
**Newton Center, MA 02459**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Esurance An Allstate Company**

---

| 4.1<br>6 | **Credit Managment LP** | Last 4 digits of account number **7670** | **$191.00** |

Nonpriority Creditor's Name
**4200 International Parkway**
**Carrollton, TX 75007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **Opened 12/01/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Comcast-Chattanooga**

---

Debtor 1  **Julian Keenan Curtis Bonds, Sr.**                     Case number (if known)   **14-13300 SDR**

| 4.1 7 | **Credit One Bank** | Last 4 digits of account number | **5778** | **$989.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**585 Pilot Road**
**Las Vegas, NV 89119**                     When was the debt incurred?    **Opened  7/01/11  Last Active 5/26/14**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                     ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                     ■ Other. Specify _____

---

| 4.1 8 | **Easy Money - Highway 58** | Last 4 digits of account number | | **$500.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4503 State Highway 58**
**Chattanooga, TN 37416**                     When was the debt incurred?    _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.                     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                     ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                     ■ Other. Specify _____

---

| 4.1 9 | **First Portfolio Ventures** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3091 Governors Lake Dr STE 500**
**Norcross, GA 30071**                     When was the debt incurred?    _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.                     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                     ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                     ■ Other. Specify _____

---

Debtor 1    **Julian Keenan Curtis Bonds, Sr.**                                    Case number (if known)    **14-13300 SDR**

---

| 4.2 0 | **First Premier Bank** | Last 4 digits of account number    **6834** | **$584.00** |

Nonpriority Creditor's Name

**Attn:  Collection Department
PO Box 5519
Sioux Falls, SD 57117-5519**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Opened  8/01/11  Last Active  3/05/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.2 1 | **First Premier Bank** | Last 4 digits of account number    **5446** | **$358.00** |

Nonpriority Creditor's Name

**Attn:  Collection Department
PO Box 5519
Sioux Falls, SD 57117-5519**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Opened  5/01/09  Last Active  4/01/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.2 2 | **Geico Corporation** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1 Geico Plaza
Washington, DC 20076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Julian Keenan Curtis Bonds, Sr.**                              Case number (if known)    **14-13300 SDR**

---

| 4.2 3 | **Hamilton Family Dentistry** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7446 Shallowford Rd #100**
**Chattanooga, TN 37421**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 4 | **Hamilton Family Medicine** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7446 Shallowford Road**
**Chattanooga, TN 37421**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 5 | **Hamilton Pediatrics** | Last 4 digits of account number _____ | **$400.00** |

Nonpriority Creditor's Name
**6918 Shallowford Rd**
**Chattanooga, TN 37421**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                              Case number (if known)   **14-13300 SDR**

---

| 4.2 6 | | |
|---|---|---|

**Mayfield & Lester**                                    Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**P.O. Box 789**                                         **When was the debt incurred?**
**Chattanooga, TN 37401**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify _____

---

| 4.2 7 | | |
|---|---|---|

**Money Key**                                            Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**3422 Old Capitol Trail Suite 1613**                    **When was the debt incurred?**
**Wilmington, DE 19808**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify _____

---

| 4.2 8 | | |
|---|---|---|

**Progressive Insurance Company**                        Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**6300 Wilson Mills Road**                               **When was the debt incurred?**
**Cleveland, OH 44143**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1  **Julian Keenan Curtis Bonds, Sr.**                    Case number *(if known)*    **14-13300 SDR**

---

| 4.29 | | | |

**Progressive Leasing**

Nonpriority Creditor's Name

**ATTN: Bankruptcy**
**256 W. Data Dr**
**Draper, UT 84020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 | | | |

**Receivables Managment**

Nonpriority Creditor's Name

**14675 Martin Drive**
**Eden Prairie, MN 55344**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 | | | |

**Regions**

Nonpriority Creditor's Name

**P.O. Box 10063**
**Birmingham, AL 35202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Julian Keenan Curtis Bonds, Sr.**                                     Case number (if known)   **14-13300 SDR**

---

| 4.3 2 | **Speedy Cash** | | $300.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5900 Brainerd Road**
**Chattanooga, TN 37411**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 3 | **Speedy Cash** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**8400 E 32nd St., N**
**Wichita, KS 67226**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 4 | **Tennessee American Water** | | $400.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1101 Broad St, Chattanooga, TN**
**Chattanooga, TN 37402**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                          Case number (if known)   **14-13300 SDR**

---

| 4.3 5 | **Tennessee Department of Labor & Workforc** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**Tennessee Attorney Generals Office**
**Bankruptcy Unit**
**426 5th Avenue, 2nd Floor**
**Nashville, TN 37243-0489**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| 4.3 6 | **Tennessee River Physicians, PLLC** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**ATTN # 20882W**
**PO Box 14000**
**Belfast, ME 04915**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.3 7 | **Tennessee Valley Fcu** | Last 4 digits of account number | 3610 | | **$55.00** |

Nonpriority Creditor's Name

**Po Box 23967**
**Chattanooga, TN 37422**

When was the debt incurred?   **Opened  6/01/12  Last Active 5/23/14**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deposit Related**

---

Debtor 1    **Julian Keenan Curtis Bonds, Sr.**                                    Case number (if known)    **14-13300 SDR**

---

| 4.3 8 | **Transworld Systems Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**220 Northpoint Pkwy**
**Buffalo, NY 14228**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.3 9 | **Trust Federal Credit Union** | Last 4 digits of account number | **$500.00** |

Nonpriority Creditor's Name

**500 Walnut Street**
**Suite 108**
**Chattanooga, TN 37402**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.4 0 | **Trust Federal Credit Union** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**500 Walnut Street**
**Suite 108**
**Chattanooga, TN 37402**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                                    Case number (if known)   **14-13300 SDR**

---

| 4.4 1 | | |
|---|---|---|

**TVFCU**                                    Last 4 digits of account number _____ _____            **Unknown**

Nonpriority Creditor's Name

**P.O. Box 23967**                           When was the debt incurred? _____
**Chattanooga, TN 37422**

Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify _____

---

| 4.4 2 | | |
|---|---|---|

**Verizon Wireless**                         Last 4 digits of account number _____ _____            **Unknown**

Nonpriority Creditor's Name

**Bankruptcy Administration Dept.**          When was the debt incurred? _____
**500 Technology Drive #550**
**Weldon Spring, MO 63304-2225**

Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify _____

---

| 4.4 3 | | |
|---|---|---|

**Wakefield & Associates**                   Last 4 digits of account number _____ _____            **Unknown**

Nonpriority Creditor's Name

**PO Box 50250**                             When was the debt incurred? _____
**Knoxville, TN 37950-0250**

Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Julian Keenan Curtis Bonds, Sr.**                                    Case number (if known)   **14-13300 SDR**

| Name and Address | |
|---|---|
| **Comcast**<br>**2030 West Polymer Drive**<br>**Chattanooga, TN 37421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | |
|---|---|
| **Esurance**<br>**P.O. Box 5250**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | |
|---|---|
| **Receivable Mangement Services**<br>**LLC**<br>**PO Box 361348**<br>**Columbus, OH 43236** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | |
|---|---|
| **Safeco Insurance Companies**<br>**c/o Highest Officer Available**<br>**175 Berkley Street**<br>**Boston, MA 02116** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | |
|---|---|
| **Tennessee Valley Fcu**<br>**Po Box 11146**<br>**Chattanooga, TN 37401** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 8,181.28 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 8,181.28 |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Julian Keenan Curtis Bonds, Sr.** _____   Case No.  **14-13300 SDR**

                    Debtor(s)      Chapter  **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing , consisting of  __**22**__  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 20, 2020** _____      Signature  **/s/ Julian Keenan Curtis Bonds, Sr.** _____

                                              **Julian Keenan Curtis Bonds, Sr.**
                                            Debtor

   _Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.